# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 29, 2014

### NO. 03-14-00195-CV

**National City Bank and PNC Bank, N.A., Appellants**

**v.**

**Memorial Service Life Insurance Co.; Lincoln Memorial Life Insurance Co., National Prearranged Services, Inc.; and JoAnn Howard & Associates, P.C., Special Deputy Receiver of Memorial Service Life Insurance Company, Lincoln Memorial Life Insurance Company, Appellees**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**VACATED AND DISMISSED AS MOOT -- OPINION BY JUSTICE ROSE**

This is an appeal from the temporary injunction order signed by the trial court on March 20, 2014. Having reviewed the record, the Court agrees that the appeal is moot. Therefore, the Court vacates the temporary injunction and dismisses the appeal as moot. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.